1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  RANDY LUSKEY (CABN 240915)
   Assistant United States Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-7234
       E-Mail: randall.luskey@usdoj.gov
8
   Attorneys for the United States
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12                                                          3-13-70609

13 | UNITED STATES OF AMERICA,        )   CRIMINAL NO.
                                      )
14 |      Plaintiff,                  )
                                      )   NOTICE OF PROCEEDINGS ON
15 |      v.                          )   OUT-OF-DISTRICT CRIMINAL
                                      )   CHARGES PURSUANT TO RULES
16 | SIMONA RUS,                      )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                      )   OF CRIMINAL PROCEDURE
17 |      Defendant.                  )
                                      )
18 | _____  )

19     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20  Procedure that on May 29, 2013, the above-named defendant was arrested based upon an arrest

21  warrant (copy attached) issued upon an

22     ☒ **Indictment**

23     ☐ Information

24     ☐ Criminal Complaint

25     ☐ Other (describe) _____

26  pending in the District of Idaho, Case Number 1:13-CR-121-EJL.

27

28

                                           1

1 | In that case, the defendant is charged with violations of Title 18 United States Code, Section
2 | 1425(a) - Unlawful Procurement of Citizenship and Title 18 United States Code, Section 1621 -
3 | Perjury.

                                                Respectfully Submitted,
                                                MELINDA HAAG
                                                UNITED STATES ATTORNEY

Date: May 29, 2013                      /s/
                                                RANDY LUSKEY
                                                Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
SIMONA RUS

*WARRANT FOR ARREST*

CASE NUMBER: **1:13-cr-121-EJL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SIMONA RUS** and bring forthwith to the nearest magistrate to answer **INDICTMENT** charging with the below listed violation.

18 U.S.C. §1425(a) UNLAWFUL PROCUREMENT OF CITIZENSHIP
18 U.S.C. §1621 PERJURY

*Jill Palkoner*

Jill Palkoner, Deputy Clerk
Name and Title of Issuing Officer

May 16, 2013
Date

---

## RETURN

This warrant was received _____ and executed with the arrest of the above-named individual at _____.

_____
Signature of Arresting Officer

_____
Date of Arrest

_____
Name & Title of Arresting Officer

Case 1:13-cr-00121-EJL   Document 1-2 *SEALED*   Filed 05/16/13   Page 1 of 1

| SERVICE INFORMATION |
|---|
| *(COMPLETE APPLICABLE INFORMATION)* |

| DEFENDANT'S NAME: | Simona Rus | CR 13-0121-SEJL |
|---|---|---|
| Alias(es): | | |
| DEFENDANT'S STREET ADDRESS: (*or last known address if detained) | | |
| DEFENSE ATTORNEY: | | |
| Address: | | |
| Telephone No.: | | |

### AGENCY and ASSISTANT U.S. ATTORNEY INFORMATION

| INVESTIGATING AGENT: | Richard Cross | AUSA: | JUSTIN D. WHATCOTT |
|---|---|---|---|
| AGENCY: | Bureau of Immigration & Customs Enforcement (ICE) | | |
| Telephone No.(s).: | (208) 685-6681 | Telephone No.: | (208) 334-1211 |

### DEFENDANT'S PERSONAL IDENTIFICATION INFORMATION

| PLACE OF BIRTH: | Romania | BIRTH DATE: | May 14, 1977 |
|---|---|---|---|
| RACE: | Caucasian | GENDER: | Female |
| HEIGHT: | 5'8" | WEIGHT: | 150 lbs |
| HAIR: | Black | EYES: | Green |
| SSN (if applicable): | [redacted] | | |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: | | | |

### OTHER INFORMATION

| FBI NUMBER: | or | |
|---|---|---|
| STATE ID NUMBER: | | |
| INS ALIEN NUMBER: | A078849669 | |
| LOCATION WHERE DETAINED: | | |
| COMPLETE DESCRIPTION OF AUTO: | FIN#: 9230793 | |
| PLACE OF EMPLOYMENT: | | |
| OTHER RELATED CASES: | | |
| SPECIAL INSTRUCTIONS FOR MARSHALS: | | |

U.S. COURTS

MAY 16 2013

Rcvd._____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: Simona Rus <br> DEFENSE ATTORNEY: <br> Address: U.S. COURTS <br> MAY 16 2013 <br> Telephone No.: Rcvd____Filed____Time____ <br> ELIZABETH A. SMITH <br> CLERK, DISTRICT OF IDAHO <br><br> INVESTIGATIVE AGENT: Richard Cross <br> Telephone No.: (208) 685-6681 <br> AGENCY: Bureau of Immigration & Customs Enforcement (ICE) | JUVENILE: No <br> CR 13-0121-SEJL <br> PUBLIC or SEALED: Public <br> SERVICE TYPE: <br> (Summons or Warrant or Warrant Notice (if Superseding)) <br> ISSUE: Yes <br><br> INTERPRETER: No <br> If YES, language: |
| CASE INFORMATION: | RELATED COMPLAINT: No <br> CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Blaine |
| Class A Misdemeanor: | No | Estimated Trial Time: | 4 days |
| Class B or C Misdemeanor: <br> (Petty Offense) | No | | |

| STATUTE <br> (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES <br> (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1425(a) | ONE | Unlawful Procurement of Citizenship | 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment |
| 18 U.S.C. § 1621 | TWO | Perjury | 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment |

Date: __15 May 2013__     Assistant U.S. Attorney: JUSTIN D. WHATCOTT
Telephone No.: (208) 334-1211