DOCUMENTS UNDER SEAL ☐ | TOTAL TIME (mins): 10 M

| | | |
|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Karen L. Hom | REPORTER/FTR: FTR 9:53-10:03 |
| MAGISTRATE JUDGE: JOSEPH C. SPERO | DATE: May 30, 2013 | NEW CASE ☒ / CASE NUMBER: 3:13-MJ-70609-JCS |

### APPEARANCES

| DEFENDANT | AGE | CUST: Y | P/NP: P | ATTORNEY FOR DEFENDANT | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| Simona Rus | | | | Elizabeth Falk | |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFT SUBMITTED ☒ | COUNSEL APPT'D ☒ |
|---|---|---|---|
| Randy Luskey | | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Allen Lew | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

- ☒ INITIAL APPEAR — Rule 5 Dist ID
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS / TRIAL SET
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ IA REV PROB. or S/R
- ☐ OTHER
- ☐ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

### INITIAL APPEARANCE

- ☒ ADVISED OF RIGHTS
- ☒ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

### ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☒ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

### RELEASE

- ☒ RELEASED ON O/R
- ☒ ISSUED APPEARANCE BOND
- AMT OF SECURITY: $ 0.00
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED — DATE:

FILED MAY 30 2013 RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

PROPERTY TO BE POSTED — ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY ☐

- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☐ DETAINED
- ☒ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF Idaho (Boise)

### PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- ☐ GUILTY TO COUNTS:
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

### CONTINUANCE

| TO: 06/24/13 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: 10:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Judge Candy Dale | ☐ DETENTION HEARING | ☒ ARRAIGNMENT & Initial Appearance | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Dft admitted to being the person as charged in the Indictment from Boise, ID. Identity/Removal hearing waived.

DOCUMENT NUMBER: