AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   3:13-MJ-70609-JCS |
| SIMONA RUS | ) | |
|  | ) | Charging District:   Idaho |
| Defendant | ) | Charging District's Case No.   1:13-CR-121-EJL |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | James A. McClure Federal Building and United States Courthouse 550 West Fort Street, Room 400 Boise, ID 83724-0101 |
|---|---|
| Courtroom No.: | 6, Judge Candy Dale |
| Date and Time: | 06/24/13 at 10:00 AM |

1. The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   May 30, 2013

_Judge's signature_

Joseph C. Spero, U.S. Magistrate Judge
*Printed name and title*

**FILED**

MAY 3 0 2013

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA