**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

May 30, 2013

Office of the Clerk  
U.S. District Court  
District of Idaho  
550 West Fort Street, Room 400  
Boise, ID 83724-0101

| | |
|---|---|
| Case Name: | US-v-Simona Rus |
| Case Number: | 1:13-CR-121-EJL (our number 3:13-MJ-70609-JCS) |
| Charges: | 18:1425(a) - Unlawful Procurement of Citizenship; and |
| | 18:1621 - Perjury |

Dear Clerk:

     The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph C. Spero.  The following action has been taken:

        ( )    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

        (X)    The defendant has a court appearance in your court on: 6/24/2013, at 10:00 AM in Courtroom 6 before Judge Candy Dale

Enclosed are the following documents:

     original Rule 5 affidavit  
     original minute orders  
     original CJA 23  
     original Conditions of Release and Appearance  
     certified copy of *AO 467, Order Requiring Defendant to Appear*  
     certified copy of Docket

     Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

        Sincerely yours,

        RICHARD WIEKING, Clerk

        /s/ M. Jenkins

        by:  Mark Jenkins  
        Case Systems Administrator

Enclosures  
cc: Financial Office

---
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____ .

**Date:** _____ **CLERK, U.S. DISTRICT COURT**

                                                                                **By** _____
                                                                                        **Deputy Clerk**

Case3:13-mj-70609-MAG   Document6   Filed05/30/13   Page2 of 2