

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**FILED**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

JUN 06 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 30, 2013

Office of the Clerk
U.S. District Court
District of Idaho
550 West Fort Street, Room 400
Boise, ID 83724-0101

U.S. COURTS

JUN 03 2013

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Case Name:      US-v-Simona Rus
Case Number:    1:13-CR-121-EJL (our number 3:13-MJ-70609-JCS)
Charges:        18:1425(a) - Unlawful Procurement of Citizenship; and
                18:1621 - Perjury

Dear Clerk:

     The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph C. Spero. The following action has been taken:

     ( )    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

     (X)    The defendant has a court appearance in your court on: 6/24/2013, at 10:00 AM in Courtroom 6 before Judge Candy Dale

Enclosed are the following documents:
            original Rule 5 affidavit
            original minute orders
            original CJA 23
            original Conditions of Release and Appearance
            certified copy of *AO 467, Order Requiring Defendant to Appear*
            certified copy of Docket

     Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

/s/ M. Jenkins

by: Mark Jenkins
Case Systems Administrator

Enclosures
cc: Financial Office

-----------------------------------------------------------------------------------------------------------
Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: __6/3/2013__

CLERK, U.S. DISTRICT COURT

By _Carrie McMahan_
Deputy Clerk